```
DEBRA JO BURGE
84 EJ SMITH RD
LUMBERTON, MS 39455



THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236



MARION GENERAL HOSP
1560 SUMRALL RD
COLUMBIA, MS 39429



PRESTIGE FINANCIAL SVC
ATTN: BANKRUPTCY
351 W OPPORTUNITY WAY
DRAPER, UT 84020
```