

**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 19, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

Debra Jo Burge,                                                                 CASE NO. 25-50709 KMS

   DEBTOR(S).                                                                             CHAPTER 7

### ORDER GRANTING
### APPLICATION FOR WAIVER OF CHAPTER 7 FILING FEE

This matter came before the Court on the Application for Waiver of Chapter 7 Filing Fee (the "Application") (Dkt. #3) filed by the Debtor, in the above-styled chapter 7 bankruptcy case. The Court, having considered the matter, finds that the Application is well taken and should be granted.

IT IS, THEREFORE, ORDERED that the Application is granted and the Chapter 7 Filing Fee is waived.

##END OF ORDER##