**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

| | |
|---|---|
| IN RE: <br><br> DEBRA JO BURGE <br><br> Debtor. | CASE NO. 25-50709-KMS <br> CHAPTER 7 |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY (#__)**

THIS MATTER came before the Court on the Motion for Relief from Automatic Stay filed by Prestige Financial Services, Inc. ("Prestige Financial") on May ____, 2025 and after notice and opportunity for hearing, with neither the Debtor nor the Chapter 7 Trustee having filed an objection to Prestige Financial's Motion;

It is **ORDERED:**

1. The Motion for Relief from Automatic Stay is GRANTED.

2. The automatic stay provisions of 11 U.S.C. § 362 are terminated as to Prestige Financial, the 2015 Nissan Pathfinder, VIN: 5N1AR2MN9FC702042 ("Vehicle"), and the proceeds thereof, so that Prestige Financial may proceed with any and all other remedies available as to the Vehicle under state and/or federal law that are not inconsistent with Title 11 of the United States Code.

3. This Order is entered for the sole purpose of allowing Prestige Financial to obtain *in rem* relief against the Vehicle and that Prestige Financial shall not seek or obtain an *in personam* judgment against the Debtor.

##END OF ORDER##

Submitted by:

/s/Jacob Zweig_____
Jacob Zweig (MS Bar No. 104725)
Attorney for Prestige Financial
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 271-0726
jzweig@evanspetree.com