MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re: Debra Jo Burge                               Case No.: 25-50709-KMS

_____
                 Debtor(s)                                   Chapter: 7

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Prestige Financial Services, Inc._____, a
[Name of Corporate Party]

**[Check One]**

[✔] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[✔] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

Prestige Financial Services Voter, Inc.

**OR**

[ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 05/20/2025          /s/ Jacob Zweig
                          Attorney Signature

                          Jacob Zweig                       104725
                          Attorney Name                     State Bar Number

                          1715 Aaron Brenner Drive, Suite 800
                          Address

                          Memphis, TN 38120
                          City, State, and Zip Code

                          (901) 271-0726        jzweig@evanspetree.com
                          Telephone Number      Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**