

SO ORDERED,

Judge Katharine Samson
United States Bankruptcy Judge
Date Signed: May 21, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DEBRA JO BURGE    CASE NO. 25-50709 KMS

DEBTOR .    CHAPTER 7

### ORDER EXTENDING STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed by Prestige Financial Services, Inc. (the "Motion") (Dkt. #11) in the above referenced bankruptcy case and 11 U. S. C. § 362(e), the Court is of the opinion that continuation of the automatic stay beyond the thirty day period as provided under the Bankruptcy Code will not hinder, burden, delay or be inconsistent with this proceeding, and

**IT IS THEREFORE ORDERED** that any stay provided by 11 U.S.C. §362 is hereby extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##