United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                  Case No. 25-50709-KMS

Debra Jo Burge                                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                                      Page 1 of 1

Date Rcvd: May 19, 2025                       Form ID: pdf012                              Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Debra Jo Burge, 84 EJ Smith Rd, Lumberton, MS 39455 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2025                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Debra Jo Burge trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 19, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Debra Jo Burge,                                    CASE NO. 25-50709 KMS

DEBTOR(S).                                         CHAPTER 7

### ORDER GRANTING
### APPLICATION FOR WAIVER OF CHAPTER 7 FILING FEE

This matter came before the Court on the Application for Waiver of Chapter 7 Filing Fee (the "Application") (Dkt. #3) filed by the Debtor, in the above-styled chapter 7 bankruptcy case. The Court, having considered the matter, finds that the Application is well taken and should be granted.

IT IS, THEREFORE, ORDERED that the Application is granted and the Chapter 7 Filing Fee is waived.

##END OF ORDER##