# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50709  **Case Name:** Debra Jo Burge

**Set:** 06/20/2025 09:30 am  **Chapter:** 7  **Type:** bk  **Judge:** Katharine M. Samson

**matter** Motion for Relief from Stay as to 2015 Nissan Pathfinder. . Filed by Creditor Prestige Financial Services, Inc. (Attachments: # 1 Exhibit Contract, Title, JD Power # 2 Exhibit Order)  (Dkt. #11)

---

Minute Entry Re: (related document(s): [11] Motion for Relief From Stay filed by Prestige Financial Services, Inc.) A no response order has been submitted by Zweig. Tickle for date: 06/27/2025. Hearing removed. (mcc)