_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 24, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

| | |
|---|---|
| IN RE: | |
| DEBRA JO BURGE | CASE NO.  25-50709-KMS |
|  | CHAPTER 7 |
| Debtor. | |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY (#11)**
_____

THIS MATTER came before the Court on the Motion for Relief from Automatic Stay filed by Prestige Financial Services, Inc. ("Prestige Financial") on May 20, 2025 and after notice and opportunity for hearing, with neither the Debtor nor the Chapter 7 Trustee having filed an objection to Prestige Financial's Motion;

It is **ORDERED:**

1. The Motion for Relief from Automatic Stay is GRANTED.

2. The automatic stay provisions of 11 U.S.C. § 362 are terminated as to Prestige Financial, the 2015 Nissan Pathfinder, VIN: 5N1AR2MN9FC702042 ("Vehicle"), and the proceeds thereof, so that Prestige Financial may proceed with any and all other remedies available as to the Vehicle under state and/or federal law that are not inconsistent with Title 11 of the United States Code.

2

3. This Order is entered for the sole purpose of allowing Prestige Financial to obtain *in rem* relief against the Vehicle and that Prestige Financial shall not seek or obtain an *in personam* judgment against the Debtor.

## ##END OF ORDER##

Submitted by:

/s/Jacob Zweig_____
Jacob Zweig (MS Bar No. 104725)
Attorney for Prestige Financial
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 271-0726
jzweig@evanspetree.com